FILED ___
ENTERED ___
COUNSEL/PARTIES OF ___
JUN - 5 2019
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:___

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SHAHEEN A REHMAN ) <br> ) <br> Defendant. ) | 2:02-CR-244-JCM-RJJ |

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (ECF#23), sentencing held on December 9, 2002. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: CITIBANK
Amount of Restitution: $102,880.00

**Total Amount of Restitution ordered:  $102,880.00**

Dated this _____ day of June, 2019.

_____
UNITED STATES DISTRICT JUDGE